| | | Amount | Amount |
|---|---|---|---|
| Date: 04/27/10 | **DIVIDENDS REMITTED TO THE COURT** | R# 150190 | Page: |

Check Number 119 Dated 04/27/10
Case Number 09-11503 - FLACK, JAY A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADEPHIA, PA 19114-0326<br>  SSN xxx xx 3449 | 00008B | 86.77 | 4.65 |
| ---------- Remittance Total ---------- | | 86.77 | 4.65 |

*Check # 119*

DAVID O. SIMON, TRUSTEE

COURT1

Printed: 04/27/10 02:28 PM   Ver: 15.08

09-11503-aih    Doc 45    FILED 04/29/10    ENTERED 04/29/10 09:46:57    Page 1 of 1